

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-14-00335-CR & 01-14-00336-CR

Style: Damion Gentry v. The State of Texas

Date motion filed*: June 9, 2015

Type of motion: Second Motion for Extension of Time to File Brief on the Merits

Party filing motion: Appellee

Document to be filed: Appellee's Brief

Is appeal accelerated? No

If motion to extend time:

    Original due date: March 11, 2015

    Number of extensions granted: 1      Current Due Date: June 10, 2015

    Date Requested: July 10, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: July 10, 2015

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

Because appellee's counsel states that this motion is unopposed, that she has been busy filing several other briefs but will make this brief a priority, and because this Court granted appellant two extensions to file his brief, this second extension is **granted**, but no further extensions will be granted. *See* TEX. R. APP. P. 38.6(d). If appellee's brief is not filed by July 10, 2015, these cases may be set for submission on appellant's brief only. *See* TEX. R. APP. P. 38.9(a).

Judge's signature: _/s/ Laura Carter Higley
            ☒ Acting individually      ☐ Acting for the Court

Date: June 16, 2015

November 7, 2008 Revision